## Albert W. Rudnick, Administrator, Appellee, v. City of Chicago, Appellant.

### Gen. No. 21,985.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. THOMAS G. WINDES, Judge, presiding. Heard in this court at the March term, 1916. Reversed with judgment of *nil capiat*. Opinion filed May 1, 1916. *Certiorari* denied by Supreme Court (making opinion final).

### Statement of the Case.

Action by Albert W. Rudnick, administrator of the estate of James F. Scannell, deceased, plaintiff, against the City of Chicago, defendant, for compensation of the plaintiff's intestate, who was alleged to be a meter setter in the Department of Public Works of the City of Chicago. From a judgment of $5,069.30 for plaintiff, defendant appeals.

SAMUEL A. ETTELSON, for appellant; EDWARD J. SMEJKAL, of counsel.

A. D. GASH, for appellee.

MR. JUSTICE BAKER delivered the opinion of the court.

### Abstract of the Decision.

MUNICIPAL CORPORATIONS, § 145*—*when evidence insufficient to show existence of office*. In an action against a city to recover compensation for services alleged to have been performed as meter setter, *held*, following *Rudnick v. City of Chicago*, Gen. No. 20,897, 198 Ill. App. 474, that no such office existed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.